| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

### HOUSTON DIVISION

Shawna Fieweger Shelton
   *Plaintiff(s),*

v.                                                                            Case No. 4:16–cv–01500

Fayette County , et al.
   *Defendant(s).*

# NOTICE OF SETTING

## PLEASE TAKE NOTICE

HEARING: **Motion Hearing**

DATE: 3/28/2017

TIME: 02:30 PM

HAS BEEN SET BEFORE

**JUDGE KEITH P. ELLISON**

**UNITED STATES COURTHOUSE**

**515 RUSK COURTROOM 3–A**

**HOUSTON, TEXAS 77002.**

ALL PARTIES MAY APPEAR BY TELEPHONE BY CALLING IN

ON THE COURT'S DIAL–IN NUMBER AT 713–250–5238.

**David J. Bradley, Clerk**